# UNITED STATES BANKRUPTCY COURT
**Eastern District of Virginia (Richmond)**

| | |
|---|---|
| IN RE: | Case No.: 16-33348 |
| Debtors: Carey J. Gillespie and Hope E. Gillespie | Loan Number (Last 4): 4340 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007CH3 Asset Backed PassThrough Certificates, Series 2007CH3 | JPMorgan Chase Bank, N.A. |
| Serviced by Select Portfolio Servicing, Inc. | Attn: Correspondence Mail |
| Name of Transferee | Name of Transferor |
| 3217 S. Decker Lake Dr. | Court Claim # (if known): 11 |
| Salt Lake City, UT 84115 | Amount of Claim: $383,545.38 |
| | Date Claim Filed: 11/23/2016 |
| Phone: 866-247-1722 | Last Four Digits of Acct #: 5398 |
| Last Four Digits of Acct #: 4340 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone: 866-247-1722

Last Four Digits of Acct #: 4340

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | | |
|---|---|---|
| By: | /s/ Gina Hiatt | Date: 04/28/2017 |
| | BK Management | |

Specific Contact Information:
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

471731-597ec79e-ca4c-484a-864f-7c1fd976bdde